UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

The Brisket House, Inc.,
a New Mexico Corporation,

        Debtor.                              No. 11-12584-s11

ORDER OF RECUSAL

Robert H. Jacobvitz hereby recuses himself from any further proceedings in this case.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

NOTE: All future pleadings filed in this case should carry the judge initial noted above.

Date entered on docket: 6/3/11

Copy to:

Shay E. Meagle
Attorney for Debtor
1903 Wyoming Blvd. NE Ste. B
Albuquerque, NM 87112-2860

Louis Puccini, Jr.
Attorney for U.S. Bank National Assn.
PO Box 50700
Albuquerque, NM 87181-0700

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608